**Order entered November 29, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-17-01151-CV**
**No. 05-17-01152-CV**
**No. 05-17-01153-CV**

## IN RE DALLAS COUNTY PUBLIC DEFENDER'S OFFICE, Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-75436-Q, F17-75468-Q, and F17-76382-Q**

## ORDER
Before Justices Lang, Brown, and Stoddart

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT IN PART** relator's petition for writ of mandamus to the extent that we find that the trial court violated a ministerial duty by failing to provide a reason for appointing other counsel on the record and/or in a written order denying the appointment. We **DENY** relator's petition for writ of mandamus on all other grounds and **DENY** relator's petition for writ of prohibition.

We **ORDER** the trial court to make a written ruling, within fifteen (15) days of the date of this opinion, setting out its reason or reasons for appointing counsel other than the Dallas County Public Defender's Office to represent Emmanuel Kilpatrick in the underlying proceedings.

We further **ORDER** the trial judge to file with this Court, within twenty-one (21) days of the date of this order, a certified copy of its order(s) issued in compliance with this order and the Court's opinion of this date.  Should the trial court fail to comply with this order, the writ will issue.


/s/     DOUGLAS S. LANG
            JUSTICE